**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

HAYWARD PATTERSON                                                                                          PLAINTIFF
ADC # 145893

v.                                               4:11-cv-00692-BRW-JJV

RICHARDS, Sgt., Saline
County Detention Center, *et al.*                                                                       DEFENDANTS

## JUDGMENT

Based on the Order that was entered today, this case is DISMISSED, WITHOUT PREJUDICE. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

IT SO ORDERED this 10th day of January, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE